## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DUGGER'S SERVICES, INC.,

      Plaintiff,

vs.                                No. CIV 11-0950 JB/KBM

LARRY KNIPPEL and
DANLAR COLLISION INC.,

      Defendants.

### FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Court's Stipulated Order of Dismissal with Prejudice, filed January 31, 2012 (Doc. 6)("Order").  The Order came before the Court after the Court was "advised that Plaintiff and Defendants have stipulated and agreed to dismissal with prejudice." Order at 1.  In its Order, the Court dismissed all claims Plaintiff Dugger's Services, Inc. has asserted against the Defendants with prejudice.  See Order at 1.  Accordingly, the Court dismissed this case.  Because the Court's Order disposes of all issues and claims before the Court, the Court now enters final judgment in this matter.

      **IT IS ORDERED** that all claims Plaintiff Dugger's Services, Inc. has asserted against the Defendants and this case are hereby dismissed with prejudice, and final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Allan L. Wainwright
Allan L. Wainwright, P.A.
Albuquerque, New Mexico

--and--

Jeffrey D. Meyers
Peacock, Myers & Adams, P.C.
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

DeWitt M. Morgan
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendant*s